Opinion issued October 15, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01078-CV

____________


IN RE JAN ALILEEN NESON F/K/A JAN AILEEN KOBIALKA, Relator






Original Proceeding on Petition for Writ of Habeas Corpus






O P I N I O N

 Relator's petition for writ of habeas corpus is denied.

 It is so ORDERED.

 PER CURIAM


Panel consists of Justices Taft, Radack, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.




1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District of
Texas at Houston, participating by assignment.